UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 15-cr-20062
                                          Hon. Matthew F. Leitman

v.

D2, JAMES MASON, JR.,

    Defendant.

_____/

## ORDER APPOINTING ADDITIONAL COUNSEL FOR DEFENDANT

On February 9, 2015, the Court appointed the Federal Defender Office (the "FDO") as counsel for Defendant James Mason, Jr. ("Mason"). (*See* ECF #11.) For the reasons stated on the record at the October 21, 2015, status conference, the Court believes that it is appropriate to appoint additional counsel for Mason to act as co-counsel with the FDO.

Accordingly, **IT IS HEREBY ORDERED** that the FDO assign an attorney from the CJA Panel to be appointed and to represent Mason in this action. Such counsel shall represent Mason as co-counsel with Mason's currently-appointed FDO counsel.

**IT IS SO ORDERED**.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: October 22, 2015          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2015, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113

2:15-cr-20062-MFL-RSW   Doc # 46   Filed 10/22/15   Pg 2 of 2   Pg ID 212