MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

    v.

JAMES MASON JR.                                        Crim. No.:  15-CR-20062-02

On 03/15/2022, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 04/12/2022, and the Court made the following findings:

__X__  Guilty of Count 1, Count 3, Count 5, and Count 6 and ordered immediate release from custody. Continued on supervised release and all remaining conditions of supervised release remain in full force and effect with the addition of the following special conditions:

YOU MUST RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR 60 DAYS. YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE RRC. SUBSISTENCE IS WAIVED.

YOU MUST SELF-SURRENDER TO THE RESIDENTIAL REENTRY CENTER (RRC) AS DIRECTED BY THE COURT AND/OR PROBATION DEPARTMENT.

YOU MUST REPORT TO THE PROBATION DEPARTMENT WITHIN 48 HOURS UPON YOUR RELEASE FROM CUSTODY.

Respectfully submitted,

s/Sarah A. Reinkensmeyer  
Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 12th Day of April, 2022.

s/Matthew F. Leitman  
Matthew F. Leitman  
United States District Judge