MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

JAMES MASON JR.                                             Crim. No.:  15-CR-20062-02

On 04/26/2022 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 05/25/2022, and the Court made the following findings:

  X   Guilty of violating Count 1 and Count 2.  The following special conditions of supervision are added.

    YOU MUST RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR 60 DAYS. YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE RRC. SUBSISTENCE IS WAIVED.

    THE DEFENDANT WILL REMAIN IN THE CUSTODY OF THE U.S. MARSHALS UNTIL HE IS ISSUED A REPORT DATE FOR THE RESIDENTIAL REENTRY CENTER (RRC).

    Respectfully submitted,

    s/Sarah A. Reinkensmeyer  
    Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter has been adjourned for 90-110 days and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 27th Day of May, 2022.

    s/Matthew F. Leitman  
    Matthew F. Leitman  
    United States District Judge